**ORAL ARGUMENT NOT YET SCHEDULED**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY and CENTER FOR ENVIRONMENTAL HEALTH, <br><br> Appellant, <br><br> v. <br><br> LEE ZELDIN, as Administrator of the Environmental Protection Agency, and ENVIRONMENTAL PROTECTION AGENCY, <br><br> Appellees. | No. 25-5015 <br> Consolidated with No. 24-5294 |

**NONBINDING STATEMENT OF ISSUES TO BE RAISED**

    1.    Whether Inhance satisfied the standards for intervention in a lawsuit seeking to force the Environmental Protection Agency to take immediate regulatory action against Inhance and to ban its fluorination process under the Toxic Substances Control Act.

Respectfully submitted,

 /s/ Catherine E. Stetson
CATHERINE E. STETSON
SUSAN M. COOK
MARLAN GOLDEN
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
cate.stetson@hoganlovells.com
susan.cook@hoganlovells.com
marlan.golden@hoganlovells.com

J. TOM BOER
HOGAN LOVELLS US LLP
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499
tom.boer@hoganlovells.com

*Counsel for Inhance Technologies LLC*

Dated: February 27, 2025

**CERTIFICATE OF SERVICE**

I certify that on February 27, 2025, the foregoing was electronically filed through this Court's CM/ECF system, which will send a notice of filing to all registered users.

/s/ Catherine E. Stetson
Catherine E. Stetson
