**No. 24-5294**  **September Term, 2024**

1:24-cv-02194-JEB

Filed On: April 22, 2025

Public Employees for Environmental Responsibility and Center for Environmental Health,

    Appellants

    v.

Lee M. Zeldin, as Administrator of the United States Environmental Protection Agency, et al.,

    Appellees

------------------------------

Consolidated with 25-5015

**BEFORE:** Pillard, Katsas, and Rao, Circuit Judges

### O R D E R

Upon consideration of the motion for leave to intervene filed by Inhance Technologies LLC ("Inhance"), the responses thereto, and the reply, which includes a statement that Inhance would not object to dismissal of No. 25-5015 if intervention is granted in No. 24-5294, it is

**ORDERED** that the motion for leave to intervene be granted. Inhance has demonstrated that it is entitled to intervene in No. 24-5294. See United States v. All Assets Held at Credit Suisse (Guernsey) Ltd., 45 F.4th 426, 432 (D.C. Cir. 2022); Old Dominion Elec. Coop. v. FERC, 892 F.3d 1223, 1232–33 (D.C. Cir. 2018). It is

**FURTHER ORDERED** that No. 25-5015 be dismissed and that the consolidation of No. 25-5015 with No. 24-5294 be terminated.

The Clerk is directed to issue forthwith the mandate in No. 25-5015. The Clerk is further directed to enter a briefing schedule in No. 24-5294.

**<u>Per Curiam</u>**